UNITED STATES, Plaintiff–Appellee,

v.

**MILLENIUM LUMBER DISTRIBUTION CO. LTD., Defendant–Appellant,**

and

**XL Specialty Insurance Company, Defendant–Appellant.**

**No. 2013–1203.**

United States Court of Appeals, Federal Circuit.

April 14, 2014.

Aimee Lee, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of New York, New York, argued for plaintiff-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, and Jeanne E. Davidson, Director, of Washington, DC; Amy M. Rubin, Acting Assistant Director, International Trade Field Office, of New York, New York; and Christopher Shaw, Office of Assistant Chief Counsel, United States Customs and Border, of Indianapolis, Indiana.

Joel R. Junker, Joel R. Junker & Associates, of Seattle, Washington, argued for defendant-appellant Millenium Distribution Lumber Co. Ltd.

Arthur K. Purcell, Sandler, Travis & Rosenberg, P.A., of New York, New York, argued for defendant-appellant, Xl Specialty Insurance Company. With him on the brief was T. Randolph Ferguson, of San Francisco, California.

DYK, WALLACH, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.